B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>REYNOSO, LEONARDO CORNEJO | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>8685 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>2520 SUGARLOAF CLUB DRIVE<br>DULUTH, GA 30097<br>ZIP CODE 30097 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>GWINNETT | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>SAME<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

Stamp: 09-91855

### Type of Debtor
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

DEC 01 2009 AM 09:10
BY: M. REGINA THOMAS, DEPUTY CLERK
FILED IN CLERK'S OFFICE U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF GEORGIA

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | REYNOSO, LEONARDO CORNEJO |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: Northern District of Georgia | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)     (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08) Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | REYNOSO, LEONARDO CORNEJO |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

11/30/2009
Date

—

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

X _[signature]_
Signature of Attorney for Debtor(s)
STEPHEN R. LEWIS
Printed Name of Attorney for Debtor(s)
STEPHEN R. LEWIS, ATTNY AT LAW, LLC
Firm Name
1805 HERRINGTON ROAD, BLDG 3,
Address SUITE C
LAWRENCEVILLE, GA 30043
(678)781-9342
Telephone Number
11/30/2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

—

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Georgia

In re  REYNOSO, LEONARDO C               Case No._____
               Debtor                                                                    (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☑ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/08) – Cont.                    Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: 11/30/2009

## MASTER LIST OF CREDITORS

AMERICAN EXPRESS NATIONWIDE CREDIT INTERNATIONAL
2015 VAUGH RD NW, BLDG 400
KENNESAW, GA 30144

CAPITAL ONE
C/O HRS ASSOCIATES, INC.
1930 OLNEY AVE
CHERRY HILLS, NJ 08003

SUGARLOAF RESIDENTIAL PROPERTY OWNERS ASSOC., INC.
6340 SUGARLOAF PARKWAY, SUITE 200
DULUTH, GA 30097

MAB
22212 VENTURA BLVD, SUITE 200
WOODLAND HILLS, CA 91364

FIRST DATA GLOBAL LEASING
C/O MCCARTHY, BURGESS & WOLFF
26000 CANNON RD
CLEVELAND, OH 44146

FIRST DATA
1307 WALT WHITMAN ROAD
MELVILLE, NY 11747

AMERICAN P.O.S
C/O LAW OFFICE OF ROSS GELFAND
1265 MINHINNETTE DRIVE, SUITE 150
ROSWELL, GA 30075

CARD SERVICE INTERNATIONAL
C/O ALLEN & ASSOCIATES
147 WILLIS AVENUE
MINEOLA, NY 11501

FORESTALL, SAVAGE, GALEAND & LI, CPA
600 GARNETT STREET
BUFORD, GA 30518

ANGELA A. VELEN, ESQ.
COLLECTION AT LAW INC.
31200 VIA COLINAS, SUITE 101
WESTLAKE VILLAGE, CA 91362

SAVVY SHOPPER
3708 HEMPLAND ROAD
P.O. BOX 610
MONTVILLE, PA 17554

PEACE SHOES ENTERPRISE, INC.
C/O INTERNATIONAL COLLECTION CORPORATION
P.O. BOX 86880
LOS ANGELES, CA 90086

CA BEST PRICE, INC
C/O LAW OFFICES OF DAVID P. KASHANI
8383 WILSHIRE BLVD., SUITE 510
BEVERLY HILLS, CA 90211

INTERDOM, INC.
500 ARNOLD MILL WAY
WOODSTOCK, GA 30188

SKECHERS
C/O HOWE & ASSOCIATES
4385 KIMBALL BRIDGE ROAD, SUITE 100
ALPHARETTA, GA 30022

M. ROLON LTD.
192 HIGHLAW AVENUE
BROOKLYN, NY 11223

MID AMERICA LIQUIDATORS
900 S. VISTA AVE.
INDEPENDENCE, MA 64056

JOURNAL MEN'S APPAREL
1416 S. LOS ANGELES ST.
LOS ANGELES, CA 90015

DONNAMAX, INC.
765 MCDONALD AVENUE
BROOKLYN, NY 11218

CLEAR CHANNEL BROADCASTING, INC.
P.O. BOX 406372
ATLANTA, GA 30384

VALLADARES MANUFACTURINS, INC.
220 NW 27TH ST

MIAMI, FL 33127

CMER COMERCIALIZADORA MERCANTIL
5653 SW 149TH AVE
MIAMI, FL 33193

UNIVISION
3350 PEACHTREE RD NW
SUITE 1250
ATLANTA, GA 30326

FOCUS REALTY
2550 PLEASANT HILL ROAD, SUITE 400
DULUTH, GA 30096

HONG S. KIM
C/O DALIBOR MAJKSNER
FOCUS RELATY
2550 PLEASANT HILL ROAD, SUITE 400
DULUTH, GA 30096

WHITE HORSE ASOCIATES, LLC
C/O CHARLES E. HOWARD
111 PETTIGRU ST.
P.O. BOX 10383
GREENVILLE, SC 29603

ANGELINA NOLASCO
C/O W. CALVIN SMITH II
2931 PIEDMONT RD NE
ATLANTA, GA 30305

SEARS CREDIT CARDS
P.O. BOX 183881
COLUMBUS, OH 43218

PARTNERS FINANCIAL SERVICES, INC.
403 AXMINISTER
FENTON, MO 63026

RMS
77 HARTLAND ST, SUITE 401
P.O. BOX 289431
EAST HARTFORD, CT 06128

CLAYTON COUNTY TAX COMMISSIONER

ADMINSITRATION ANNEX 3, 2ND FLOOR
121 S. MCDONOUGH STREET
JONESBORO, GA 30236

COCA COLA ENTERPRISES
C/O RECOVERY ONE, LLC
2260 PARK AVENUE
CINCINNATI, OH 45206

WALONG MARKETING, INC.
C/O RMS
4836 BRECKSVILLE RD.
P.O. BOX 498
RICHFIELD, OH 44286

QUIRCH FOODS
C/O BNC
ASSET RECOVERY & MANAGEMENT, INC.
6535 NOVA DRIVE, #100
DAVIE, FL 33317

WASTE MANAGEMENT
774 MCFARLAND RD.
ALPHARETTA, GA 30004

ATLANTA DAIRY
PO BOX 933660
ATLANTA, GA 31193

TROPICANA CHILLED DSD
P.O. BOX 643106
PITTSBURGH, PA 15264

NISHIMOTO TRADING CO., LTD.
C/O TRAUNER, COHEN & THOMAS, LLP
5901 C PEACHTREE DUNWOODY RD., STE 500
ATLANTA, GA 30328

GENERAL PRODUCE
BLDG M, 16 FOREST PARKWAY
FOREST PARK, GA 30297

FORMETCO
2963 PLEASANT HILL RD.
DULUTH, GA 30136

FRONTERA IMPORTS
16 FOREST PARKWAY SHED #19 1-6
FOREST PARK, GA 30297

BRITO PRODUCE
16 FOREST PARKWAY
FOREST PARK, GA 30297

BLUE RIDGE BEEF PLANT, INC.
C/O BURT & ASSOCIATES
6700 PINECREST DR #150
PLANO, TX 75024

DIAZ FOODS
5501 FULTON INDUSTRIAL BLVD SW
ATLANTA, GA 30336

IMAEX TRADING
C/O SIMPSON LAW OFFICES, LLP
ONE SECURITIES CENTER, SUITE 300
3490 PIEDMONT RD. NE
ATLANTA, GA 30305

MISION FOODS
P.O. BOX 843789
DALLAS, TX 75284-3789

MDI (MERCHANDISE DISTRIBUTORS, INC.)
C/O GORHAM, CRONE, GREEN & STEELE, LLP
SUITE 203, FIDELITY PROFESSIONAL BLDG
27 FIRST AVENUE NE
P.O. BOX 2507
HICKORY, NC 28603

MDI VS 3 AMIGOS SUPERMARKET
PATRICK HARPER DIXON
P.O. BOX 218
HICKORY, NC 28603

GEORGIA POWER
5226 JONESBORO RD.
LAKE CITY, GA 30260

AMIGOS MEAT
C/O MAURICE J. BERNARD, III
317 CHAMBLEE DUNWOODY RD

ATLANTA, GA 30341


CIVIL ACTION #07A-06219-4
CARLOS L. CORLESS
2951 FLOWERS RD, STE. 200
ATLANTA, GA 30341

BAYVIEW LOAN SERVICING, LLC
4425 PONCE DE LEON BLVD, 5TH FLOOR
MIAMI, FL 33146

BMW
C/O BANK OF NORTH AMERICA
P.O. BOX 3608
DUBLIN, OH 43016

HECTOR FRANCISCO CORNEJO
NEBULOSA 2811
GUADALAJARA, JAL, MEXICO

JOANN DANG
H. DENNIS PANTER
1827 POWERS FERRY RD, BLDG 10, STE 200
ATLANTA, GA 30339

LITTON LOAN SERVICING
4828 LOOP CENTRAL DRIVE
HOUSTON, TX 77081

WASHINGTON MUTUAL
RIVERWALK HOLDINGS, LTD
C/O MANN BRACKEN, LLP
2727 PACES FERRY RD., STE 1400
ATLANTA, GA 30339

CASE NUMBER: _____  JUDGE: _____  CHAPTER: 13

Non-Business ✓ or Business ____    Intake Clerk: __Janet Aviles__    Date: DEC 0 1 2009

Complete ____ or Incomplete ✓     Paid 274.00     *IFP Filed ____

---

**Orders on Fee Application**

___ 02g - Chapter 11/13 Order Granting 2 Installments of $_____ each.

___ 03g - Chapter 11 Order Granting -10 day (3 Installments of $339.00, $350.00 & $350.00.)

___ 03g - Chapter 13 Order Granting -10 day (3 Installments of $75.00, $99.50 & $99.50.)

___ 02d - Chapter 11/13 Order Denying $_____ due.

___ 02g - Chapter 7 Order Granting                                   ____ Order Issued

---

**Missing Documents:**

( ) Pro se Affidavit
( ) Form B21
( ) Matrix - **Requires separate Order**

( ) Voluntary Petition not on Official Form One
( ) Exhibit D
(✓) Statement of Financial Affairs
(✓) Schedules: A B C D E F G H I J
(✓) Summary of Schedules
(✓) Statistical Summary
(✓) Declaration Page for Summary & Schedules
( ) Statement of Intent (Ch. 7)
(✓) Attorney Disclosure Statement
( ) Petition Preparer Disclosure Statement
( ) Declaration & Signature of Non-Attorney Bankruptcy Petition Preparer
(✓) Notice to Individual Consumer Debtor (Form 342b)
(✓) Statement of Current Monthly Income/Means Test
(✓) Chapter 13 Plan, complete with signature(s)
(✓) Certificate of Credit Counseling.
( ) Motion for Determination (Exigent Circumstances)
(✓) Pay Advices

( ) Corporate Resolution (Business Ch. 7 & 11)
( ) 20 Largest Unsecured Creditors (Business Ch. 11)
( ) List of Equity Security Holders (Business Ch. 11)

( ) Small Business - Balance Sheet
( ) Small Business - Statement of Operations
( ) Small Business - Cash Flow Statement
( ) Small Business - Federal Tax Returns

**Petition Deficiencies:**

( ) Name
( ) Last 4 digits of ssn
( ) Address
( ) County
( ) Type of Debtor
( ) Chapter
( ) Nature of Debts
( ) Statistical Estimates
( ) Venue
( ) Signatures

( ) Fee Application not filed

NOTES:

Rev 12/07                                   H:\SHARED\ASUPPORT\Forms\Petition Cover Sheet

```
            U. S. BANKRUPTCY COURT
         NORTHERN DISTRICT OF GEORGIA
               ATLANTA DIVISION

               # 01134118 - JV
               December 1, 2009


Code       Case No      Qty       Amount  By

13         09-91855      1        $274.00 CK
   Judge  - Not Assigned
   Debtor - L. C. REYNOSO


TOTAL:                            $274.00
       .

FROM: Steven R. Lewis
      1805 Herrington Road, Bldg 3 Ste C
      Lawrenceville, GA 30043
```