**IT IS ORDERED as set forth below:**

Date: February 18, 2010

_____
Joyce Bihary
U.S. Bankruptcy Court Chief Judge
_____

```
              UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION


IN RE:   LEONARDO CORNEJO       {      CHAPTER 13
         REYNOSO,                {
                                 {      CASE NO. A09-91855-JB
             DEBTOR.             {
                                 {      JUDGE BIHARY
                                 {
```

ORDER

The above-styled case came before the Court on the Chapter 13 Trustee's Motion for Dismissal pursuant to 11 U.S.C. §109(e) at a hearing on February 9, 2010. Present at the hearing was Sonya M. Buckley, counsel for the Chapter 13 Trustee. Neither Debtor nor Debtor's Counsel appeared.  However, Debtor's counsel had advised the Trustee that the Debtor did not oppose the Motion.  It appearing to the Court that the Chapter 13 Trustee has filed this Motion as the Debtor's schedules reflect amounts

Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, Georgia  30303
(404) 525-1110
sonyab@atlch13tt.com

which exceed the debt limits for Chapter 13 relief and there being no opposition to the Trustee's Motion, it is hereby

ORDERED, that the above-styled Chapter 13 case is DISMISSED pursuant to 11 U.S.C. Section 109(e).

The Clerk of Court shall serve a copy of this Order to the Debtor, Debtor's Counsel, the Chapter 13 Trustee, and all interested parties.

END OF DOCUMENT

Order Presented By:

      /s
Sonya M. Buckley
for the Chapter 13 Trustee
GA Bar No.: 140987

Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, Georgia  30303
(404) 525-1110
sonyab@atlch13tt.com